# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CHRISTINE PERRIOTT,** | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. CIV-15-1157-F<br>) |
| **HITACHI COMPUTER PRODUCTS (AMERICA), INC., and ADECCO USA, INC.** | )<br>)<br>)<br>) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Christine Perriott, and Defendant, Adecco USA, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, do hereby stipulate to the dismissal of the above-styled and numbered cause, and all claims asserted therein, with prejudice to the re-filing thereof. The parties stipulate that they shall each bear their own attorneys' fees and costs.

Respectfully submitted,

s/ Lauren W. Johnston
Jana B. Leonard, OBA # 17844
Lauren W. Johnston, OBA # 22341
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK 73139
Telephone:   405-239-3800
Facsimile:   405-239-3801
leonardjb@leonardlaw.net
johnstonlw@leonardlaw.net
*Counsel for Plaintiff*

    <u>s/Kimberly Lambert Love</u>
*(Signed by filing party with permission)*
Kimberly Lambert Love, OBA #10879
Robyn M. Funk, OBA #19810
TITUS HILLIS REYNOLDS LOVE
First Place Tower
15 East 5th Street, Suite 3700
Tulsa, OK 74103
Tele: 918-587-6800 Fax: 918-587-6822
klove@titushillis.com
rfunk@titushillis.com
*Counsel for Defendant Adecco USA, Inc.*